LODGED

2011 AUG 22 AM 11:21

2011 AUG 26 PM 1:39 FILED CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DEON L. THOMAS | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) | CV11- 6873 UA (DUTYx) PA (DTBx) |
| V. | |
| FIRST PREMIER BANK | ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE |
| DEFENDANT(S) | |

IT IS ORDERED that the complaint may be filed without prepayment of the filing fee.

Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned.

_8/23/11_  
Date

_[signature]_  
United States Magistrate Judge

---

IT IS RECOMMENDED that the request of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency  
☐ Legally and/or factually patently frivolous  
☐ District Court lacks jurisdiction  
☐ Immunity as to _____

☐ Other: _____

Comments:

_____  
Date

United States Magistrate Judge

---

**IT IS ORDERED** that the request of plaintiff to file the action without prepayment of the filing fee is:

☐ **GRANTED**  ☐ **DENIED (See comments above).**

_____  
Date

United States District Judge

CV-73A (01/10)   ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE