Deon L. Thomas, Pro Se'
14626 Red Gum Street
Moreno Valley, CA 92555
951-413-9071/951-242-7015
dlthomas32@gmail.com

FILED
CLERK, U.S. DISTRICT COURT
SEP — 1 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Deon L. Thomas  Pro Se'  )
Plaintiff  )
  )  Case No: CV11-06873 PA (DTBx)
V.  )
  )
First Premier Bank, aka, PREMIER  )
Bankcard, Inc., aka, PREMIER Bankcard,  )   **FIRST AMENDED COMPLAINT**
LLC, aka, PREMIER Bankcard Holding, LLC  )
and Does 1 through 10  )   **Fair Credit Reporting Act Violations**
Defendants  )
  )
  and

  **DEMAND FOR JURY TRIAL**

TO THE CLERK OF THE COURT AND TO THE DEFENDANTS HEREIN:

**AMENDED COMPLAINT 1**

Plaintiff amends his complaint to correctly identify the Defendant as First Premier Bank, aka, Premier Bankcard, Inc., aka, Premier Bankcard, LLC, aka, Premier Bankcard Holdings, LLC The Plaintiff will include FIRST PREMIER BANK, aka, PREMIER Bankcard, Inc., aka, PREMIER Bankcard Holdings in the body of complaint.

Date: August 29, 2011

_Deon L. Thomas, Pro Se'_
14626 Red Gum St.
Moreno Valley, CA 92555
951-242-7015/951-413-9071
<dlthomas32@gmail.com>

# CERTIFICATE OF SERVICE

Plaintiff is servicing this First Amended Complaint to the Defendant First Premier Bank, aka, Premier Bankcard, Inc., aka, Premier Bankcard, LLC, aka, Premier Bankcard Holdings, LLC on or about 30th day of August 2011. This Amended Complaint will be submitted to the court of record on or about 30th day of August 2011.

*(signature)*

Deon L. Thomas, Pro Se'
14626 Red Gum St.
Moreno Valley, CA 92555
951-242-7015/951-413-9071
<dlthomas32@gmail.com>