Deon L. Thomas, Pro Se'
14626 Red Gum Street
Moreno Valley, CA 92555
951-413-9071/951-242-7015
dlthomas32@gmail.com

FILED
CLERK, U.S. DISTRICT COURT

SEP - 9 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deon L. Thomas  Pro Se'<br>Plaintiff<br><br>V.<br><br>First Premier Bank, aka, Premier Bankcard, Inc., aka, Premier Bankcard, LLC, aka, Premier Bankcard Holdings, LLC, and Does 1 through 10<br>Defendant | Case No: CV11-06873 PA (DTBx)<br><br>**PROOF OF SERVICE OF NOTICE AND ACKNOWLEGMENT RECEIPT OF SUMMONS AND FIRST AMENDED COMPLAINT, and CIVIL COVER SHEET** |

## TO THE CLERK OF THE COURT AND TO THE DEFENDANTS HEREIN:

Comes now Plaintiff Deon L. Thomas, submit PROOF OF SERVICE OF NOTICE AND ACKNOWLEGMENT RECEIPT OF SUMMONS AND FIRST AMENDED COMPLAINT, and CIVIL COVER SHEET.

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

Date:

Deon L. Thomas, Pro Se'
14626 Red Gum St.
Moreno Valley, CA 92555
951-242-7015/951-413-9071
<dlthomas32@gmail.com>

PROOF OF SERVICE OF NOTICE AND ACKNOWLEGMENT RECEIPT OF SUMMONS AND FIRST AMENDED COMPLAINT, and CIVIL COVER SHEET

1  Deon L. Thomas, Pro Se'
   14626 Red Gum Street
2  Moreno Valley, CA 92555
   951-413-9071/951-242-7015
3  dlthomas32@gmail.com

4

5

6

7              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
8                                    )
   Deon L. Thomas  Pro Se'           )
9  Plaintiff                         )
                                     )     Case No: CV11-06873 PA (DTBx)
10 V.                                )
                                     )
11 First Premier Bank, aka, Premier Bankcard, )
   Inc., aka, Premier Bankcard, LLC, aka,    )   **PROOF OF SERVICE OF NOTICE AND**
12                                   )   **ACKNOWLEGMENT RECEIPT OF SUMMONS**
   Premier Bankcard Holdings, LLC, and Does  )   **AND FIRST AMENDED COMPLAINT, and CIVIL**
13 1 through 10                      )           **COVER SHEET**
   Defendant                         )
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                              Page 2 of 2
   PROOF OF SERVICE OF NOTICE AND ACKNOWLEGMENT RECEIPT OF SUMMONS AND FIRST AMENDED COMPLAINT, and CIVIL
   COVER SHEET

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

First Premier Bank, aka,
Premier Bankcard, Inc., aka,
Premier Bakcard, LLC, aka,
Premier Bankcard Holdings, LLC
3820 North Louise Avenue
Sioux Falls, SD 57107

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name) | C. Date of Delivery
                                | SEP 0 1 2011

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)      7010 1670 0000 7427 0800

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## CERTIFICATE OF SERVICE

I ___Jascelin B. Thomas___ , do hereby certify that I am not a party to the cause herein, and that on August 30, 2011, I served the **NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND FIRST AMENDED COMPLAINT, SUMMONS AND FIRST AMENDED COMPLAINT, and CIVIL COVER SHEET** upon the First Premier Bank, aka, Premier Bankcard, Inc., aka, Premier Bankcard, LLC, aka, Premier Bankcard Holdings, LLC, named below by depositing in the United States Certified mail/Return Receipt , one copy of the original filed/entered herein a separate sealed envelope to the address shown below with postage full pre-paid.

**First Premier Bank, aka,
Premier Bankcard, Inc.,
aka, Premier Bankcard, LLC,
aka, Premier Bankcard Holdings, LLC**
3820 North Louise Avenue
Sioux Falls, SD, 57107

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8/30/2011

_____
(signature)

Jascelin B. Thomas
(Printed Name)
14626 Red Gum St.
Moreno Valley, CA 92555

Certified Mail # 7010 1670 0000 7427 0800 - Return Receipt