1 | William E. Ireland (Bar No. 115600)
HAIGHT BROWN & BONESTEEL LLP
2 | 555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
3 | Telephone:  213.542.8000
Facsimile:  213.542.8100
4 |
Attorneys for Defendant First Premier Bank
5 |
6 |
7 |
8 | UNITED STATES DISTRICT COURT
9 | CENTRAL  DISTRICT OF CALIFORNIA
10 |

| 11 | DEON L. THOMAS, | ) | Case No. CV11-06873 PA (DTBx) |
| 12 | Plaintiff, | ) | [Before the Honorable Percy Anderson] |
| 13 | vs. | ) | **JOINT REPORT OF COUNSEL** |
| 14 | FIRST PREMIER BANK, and Does 1 through 10, | ) | |
| 15 | Defendant. | ) | Scheduling Conference: November 14, 2011 Time:          10:30 a.m. |
| 16 | | ) | Courtroom: |

17 |

18 |        The parties met and conferred with Mr. Thomas acting in Pro Se, and William Ireland,

19 | Haight Brown & Bonesteel LLP representing the Defendant.  In response to the specified

20 | items of the Court's Order of September 21, 2011, the parties respond as follows:

21 |

22 |        1.        The parties proposed the following dates, subject to the Court's convenience;

23 |                  (a) written discovery be concluded by May 31, 2012; (b) July 15, 2012 cut-off

24 |                  for dispositive motions; (c) a pre-trial conference in August 2012; and (d) trial

25 |                  date in late September 2012.

26 |

27 |        2.        The parties have engaged in some negotiations, but have not been successful.

28 |                  The parties are willing to participate in Court ordered ADR.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

FP07-0000012
3858429.1                                           1                                  JOINT REPORT OF COUNSEL

3.  The length of Trial is estimated to be 2-3 days by the plaintiff and 3-5 days by the defendant.

4.  There are no present plans to add additional parties by the defendant.  The plaintiff has no current plans to add additional parties, but reserves the right to name additional parties if discovery and further investigation warrants that decision.

5.  The plaintiff request a Jury Trial in this matter.

6.  There are no other issues effecting this status for management of this case.

7.  There are no proposals regarding severance, bifurcation, or other case management issues.

8.  The parties do not currently intend to amend the pleadings.  The plaintiff however believes it may be possible that at some future date he will decide that it is necessary to do so.

9.  Defendant may bring a Summary Judgment on liability and damages.

10.  Regarding a settlement procedure, the parties would propose that they appear before an attorney selected from the Attorney Officer Panel, pursuant to Local Rule 16-15.4(2).

11.  The issues in this case are the plaintiff's contentions that the defendant has inaccurately reported his credit status, and his request for a statutory penalty for

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

FP07-0000012
3858429.1

2

JOINT REPORT OF COUNSEL

1  it having done so.  The defendant contends that it has reported accurately and

2  has not engaged in any misrepresentations or violated any duty which it owes to

3  the plaintiff whether as alleged in the complaint or otherwise.

6  Dated:  October __20__, 2011                    Respectfully submitted,

7                                                  HAIGHT BROWN & BONESTEEL LLP

8  By: _____

9                                                  William E. Ireland
                                                   Attorneys for Defendant
10                                                 First Premier Bank

12  Dated:  October __20__, 2011

14  By: _____

15                                                 Deon L. Thomas, in Pro Se

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

FP07-0000012
3858429.1

3

JOINT REPORT OF COUNSEL

William Ireland, Esq.
State Bar No. 115600
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, 45th Floor
Los Angeles, California  90071

wireland@hbblaw.com
Telephone:    (213) 542-8000
Facsimile:     (213) 542-8100

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DEON L. THOMAS

PLAINTIFF(S)

v.

FIRST PREMIER BANK, and Does 1 through 10,

DEFENDANT(S).

CASE NUMBER
CV11-06873 PA (DTBx)

**ADR PROGRAM QUESTIONNAIRE**

(1) What, if any, discovery do the parties believe is essential in order to prepare adequately for a settlement conference or mediation? Please outline with specificity the type(s) of discovery and proposed completion date(s). Please outline any areas of disagreement in this regard. Your designations do not limit the discovery that you will be able to take in the event this case does not settle.

Both parties intend to propound some initial written discovery.  Defendant believes that responses to initial written discovery would be helpful and necessary before participating in a meaningful Mediation.
The Plaintiff, in Pro Se, does not believe any discovery is necessary.

(2) What are the damage amounts being claimed by each plaintiff? Identify the categories of damage claimed [e.g., lost profits, medical expenses (past and future), lost wages (past and future), emotional distress, damage to reputation, etc.] and the portion of the total damages claimed attributed to each category.

The Plaintiff does not contend that he has any special damages.  He is calculating statutory damages under Civil Code § 1681 at $1,000.00 per credit bureau, and what he contends to be eight months inaccurate reporting to three credit bureau's equaling, 24 separate $1,000.00 awards.  Plaintiff also reserves the right to claim that there has been damage to his credit report, public humiliation and denial of credit.

ADR-09 (04/10)                    **ADR PROGRAM QUESTIONNAIRE**


American LegalNet, Inc.
www.FormsWorkFlow.com

(3) Do the parties agree to utilize a private mediator in lieu of the court's ADR Program?

Yes ☐     No ☒

(4) If this case is in category civil rights - employment (442), check all boxes that describe the legal bases of plaintiff claim(s).

☐ Title VII                                      ☐ Age Discrimination

☐ 42 U.S.C. §1983                           ☐ California Fair Employment and Housing Act

☐ Americans with Disabilities Act of 1990    ☐ Rehabilitation Act

☐ Other _____

_____

_____

I hereby certify that all parties have discussed and agree that the above-mentioned responses are true and correct.

October 20, 2011
_____
Date

_____
Attorney for Plaintiff (Signature)

_____
Attorney for Plaintiff (Please print full name)
Deon L. Thomas

October 20 , 2011
_____
Date

_____
Attorney for Defendant (Signature)

William E. Ireland
Haight Brown & Bonesteel LLP
_____
Attorney for Defendant (Please print full name)

American LegalNet, Inc.
www.FormsWorkFlow.com