1   William E. Ireland (Bar No. 115600)
    HAIGHT BROWN & BONESTEEL LLP
2   555 South Flower Street, Forty-Fifth Floor
    Los Angeles, California 90071
3   Telephone: 213.542.8000
    Facsimile: 213.542.8100
4
    Attorneys for Defendant First Premier Bank
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  DEON L. THOMAS,                    )   Case No. CV11-06873 PA (DTBx)
                                       )
12            Plaintiff,               )   [Before the Honorable Percy Anderson]
                                       )
13      vs.                            )   **JOINT STIPULATION FOR**
                                       )   **DISMISSAL OF ACTION; and**
14  FIRST PREMIER BANK, and DOES 1     )
    THROUGH 10, Defendant,             )   **[PROPOSED] ORDER RE JOINT**
15                                     )   **STIPULATION FOR DISMISSAL OF**
              Defendant.               )   **ACTION**
16  _____ )

17

18

19      **COMES NOW** the parties to this action, and as follows, stipulate.

20      1.    That this action should be dismissed with prejudice; and

21      2.    That each party should bear its own costs and fees in doing so.

    ///
22
    ///
23
    ///
24
    ///
25
    ///
26
    ///
27
    ///
28

**LAW OFFICES**
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

FP07-0000012
3879485.1

1
Case No. CV11-06873 PA (DTBx)
JOINT STIPULATION FOR DISMISSAL OF ACTION; and [PROPOSED] ORDER

**GOOD CAUSE HAVING BEEN SHOWN THEREFORE,** it is hereby ordered that this matter is hereby dismissed.

Dated: December 28, 2011

HAIGHT BROWN & BONESTEEL LLP

By: _____
William E. Ireland
Attorneys for Defendant
First Premier Bank

Dated: December 16, 2011

By: _____
Deon L. Thomas, In Pro Se
Plaintiff

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

FP07-0000012
3879485 1

2

Case No. CV11-06873 PA (DTBx)
JOINT STIPULATION FOR DISMISSAL OF ACTION; and [PROPOSED] ORDER

**PROOF OF SERVICE**

STATE OF CALIFORNIA      )
                                    )   ss.:
COUNTY OF LOS ANGELES   )

*DEON L. THOMAS vs. FIRST PREMIER BANK*
*CV11-06873 PA (DTBx)*

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 555 South Flower Street, Forty-Fifth Floor, Los Angeles, California  90071.

     On **December 28, 2011,** I served the within document(s) described as:

**JOINT STIPULATION FOR DISMISSAL OF ACTION; and**

**[PROPOSED] ORDER RE JOINT STIPULATION FOR DISMISSAL OF ACTION**

on each interested party in this action as stated below:

Deon L. Thomas
14626 Red Gunn Street
Moreno Valley, CA 92555

In Pro Se

[X]     (MAIL) by placing a true copy thereof in sealed envelope(s) addressed above.  I am readily familiar with this firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

     Executed on **December 28, 2011,** at Los Angeles, California.

     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | |
|---|---|
| Jacqueline E. Baker | J. Baker |
| (Type or print name) | (Signature) |

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

FP07-0000012
3879485.1