JS-6

William E. Ireland (Bar No. 115600)
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone: 213.542.8000
Facsimile: 213.542.8100

Attorneys for Defendant First Premier Bank

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON L. THOMAS, | Case No. CV11-06873 PA (DTBx) |
| Plaintiff, | [Before the Honorable Percy Anderson] |
| vs. | **ORDER RE JOINT STIPULATION FOR DISMISSAL OF ACTION** |
| FIRST PREMIER BANK, and DOES 1 THROUGH 10, Defendant, | |
| Defendant. | |

Pursuant to the Joint Stipulation for Dismissal of Action, IT IS SO ORDERED as follows:

1. That this action should be dismissed with prejudice; and
2. That each party should bear its own costs and fees in doing so.

Dated: December 29, 2011
~~January XXXX, 2012~~

*[signature]*

Honorable Percy Anderson
Judge, United States Central District Court

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
Los Angeles

FP07-0000012
3883434.1

1
Case No. CV11-06873 PA (DTBx)
ORDER RE JOINT STIPULATION FOR DISMISSAL OF ACTION